FORM 26. Docketing Statement                                    Form 26 (p. 1)
                                                                    July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 24-1209

**Short Case Caption:** In re: Li

**Filing Party/Entity:** Li Li, Qunzhu Li

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| USPTO | 13/576,565 | PTAB Decision |

**Relief sought on appeal:** ☐ None/Not Applicable

Reversal of PTAB decision affirming final rejection of proposed claims.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

PTAB affirmed decision of final rejection of proposed claims.

**Briefly describe the judgment/order appealed from:**

PTAB affirmed decision of final rejection of proposed claims.

**Nature of judgment (select one):**         **Date of judgment:** 5/22/23

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

FORM 26. Docketing Statement                                    Form 26 (p. 2)
                                                                    July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

Issues to be raised on appeal:  ☐ None/Not Applicable

Whether the PTAB erred in affirming the Examiner's final rejection of all proposed claims in U.S. Patent App. Ser. No, 13/576,565.

Have there been discussions with other parties relating to settlement of this case?

☐ Yes   ☑ No

If "yes," when were the last such discussions?
  ☐ Before the case was filed below
  ☐ During the pendency of the case below
  ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?    ☐ Yes   ☑ No

If they were mediated, by whom?

N/A

Do you believe that this case may be amenable to mediation?  ☐ Yes   ☑ No

Explain.

The result below was a final rejection of all proposed claims in a patent application. There is no compromise ground for resolving that decision.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

N/A

Date: 2/2/24            Signature: /s/ George C. Summerfield

                        Name:      George C. Summerfield

Save for Filing