NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re LI LI, QUNZHU LI,**
*Appellants*

---

2024-1209

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/576,565.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the motion at ECF No. 12,

IT IS ORDERED THAT:

(1) The deadline to file the opening brief is extended by 30 days, until April 10, 2024.

2                            IN RE LI

(2)  ECF No. 12 remains under consideration.

FOR THE COURT



March 1, 2024
Date

Jarrett B. Perlow
Clerk of Court