NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

In Re LI LI, QUNZHU LI,
*Appellants*

2024-1209

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/576,565.

**ON MOTION**

Before WALLACH, *Circuit Judge*.

**O R D E R**

Citing irreconcilable and material differences of opinion and fee issues with the appellants' employer (who is the real party in interest), K&L Gates LLP moves to withdraw as counsel and to extend, by 30 days, the time for the opening brief. K&L Gates states that appellants' employer "does not consent to the requested withdrawal," Mot. at 1, and that the appellee does not oppose the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that K&L Gates is withdrawn as appellants' counsel and an entry of appearance by counsel on the appellants' behalf is due no later than 30 days from the date of entry of this order. The appellants' opening brief is due no later than 30 days after the entry of new counsel, subject to extension upon the showing of good cause.

FOR THE COURT

March 19, 2024
Date

Jarrett B. Perlow
Clerk of Court