# United States Court of Appeals for the Federal Circuit

---

**IN RE: LI LI, QUNZHU LI,**
*Appellants*

---

2024-1209

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/576,565.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

April 8, 2025
Date

Jarrett B. Perlow
Clerk of Court